UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LULA FRANCIS PLATT,

    Plaintiff,

v.                                         CASE NO: 8:04-cv-2501-T-23TBM

PREMIER DEVELOPMENT
AND INVESTMENT, INC.,

    Defendant.
_____/

**ORDER**

The parties stipulate (Doc. 35) to dismissal without prejudice. Rule 41(a)(1), Federal Rules of Civil Procedure. Accordingly, the stipulation is **APPROVED IN PART** and the action is **DISMISSED WITHOUT PREJUDICE**. However, the court declines to retain jurisdiction to enforce the parties' independently-negotiated settlement agreement. See Kokkonen v. Guardian Life Ins. of Am., 511 U.S. 375 (1994). The Clerk is directed to (1) terminate any pending motion and (2) close the file.

ORDERED in Tampa, Florida, on June 29, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy